United States District Court
Southern District of Texas
**ENTERED**
June 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RODOLFO MALDONADO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-00168 |
| § | |
| EDDIE GARZA SECURITY & § | |
| INVESTIGATIONS, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Rule 41 Dismissal without Prejudice (D.E. 4), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 28th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE